# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CHARLOTTE K., as parent and next friend of Gillian K., a minor, and KIMBERLY K., as parent and next friend of Matthew K., a minor,<br>vs.<br>ROCKFORD BOARD OF EDUCATION DISTRICT #205, | Case Number:<br>08-cv-50115 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROCKFORD BOARD OF EDUCATION SCHOOL DISTRICT NO. 205, WINNEBAGO-BOONE COUNTIES, ILLINOIS (incorrectly sued herein as Rockford Board of Education District #205),

| |
|---|
| NAME (Type or print)<br>LORI L. HOADLEY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Lori L. Hoadley |
| FIRM<br>Hinshaw & Culbertson LLP |
| STREET ADDRESS<br>100 Park Avenue |
| CITY/STATE/ZIP<br>Rockford, IL  61101 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>815.490.4936 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐     NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐     NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.com

**AFFIDAVIT OF SERVICE**

    The undersigned certifies that on June 24, 2008, a copy of the foregoing APPEARANCE was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

<u>Charlotte K. v. Rockford Board of Education District #205</u>

<u>For Plaintiff</u>:
Joyce O'Neill Austin, Esq.
Shriver, O'Neill & Thompson
515 N. Court Street
Rockford, IL  61103-6807
Phone  815.963.4895
Fax     815.963.4904


    s/ Rhonda Walker


Firm No. 695
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Phone  815.490.4900
Fax  815.490.4901

American LegalNet, Inc.
www.USCourtForms.com