IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CHARLOTTE K., as parent and next friend of GILLIAN K., a minor, and KIMBERLY K., as parent and next friend of MATTHEW K., a minor,<br>　　　　Plaintiffs,<br><br>v.<br><br>ROCKFORD BOARD OF EDUCATION DISTRICT #205,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No.: 08-C-50115<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO:　Joyce O'Neill Austin, Esq., The Law Offices of Shriver, O'Neill & Thompson, 515 N. Court Street, Rockford, IL 61103

　　PLEASE TAKE NOTICE THAT on June 26, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, the attached *Defendant's Opposition to Plaintiffs' Petition for Injunctive Relief*, a copy of which is herewith served upon you.

Date: June 26, 2008　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas J. Lester
　　　　　　　　　　　　　　　　　　　　　　　Thomas J. Lester
　　　　　　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

## AFFIDAVIT OF SERVICE

The undersigned certifies that on June 26, 2008, a copy of the foregoing was electronically served via the U.S. District Court CM/ECF E-Filing System and via facsimile upon the following:

### Charlotte K., et al. v. Rockford Board of Education, District No. 205

For Plaintiff:
Joyce O'Neill Austin, Esq.
The Law Offices of Shriver, O'Neill & Thompson
515 N. Court Street
Rockford, IL  61103
Phone  815.963.4896
Fax     815.963.4904


/s/ Rhonda Young


Firm No. 695
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Phone  815.490.4900
Fax     815.490.4901

70566541v1 783826