## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50115 | **DATE** | 6/27/2008 |
| **CASE TITLE** | K vs. Rockford Board of Ed | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' petition/complaint for an emergency temporary restraining order and/or a permanent restraining order presented. Hearing held. For the reasons stated on the record, plaintiffs' petition/complaint for an emergency temporary restraining order is denied. Defendant's oral motion for expedited discovery is granted. Plaintiff granted leave to file a motion for preliminary injunction on or before July 8, 2008. Response due by July 18, 2008. Hearing on motion for preliminary injunction set for 2:30 p.m. on August 1, 2008. Plaintiffs' oral motion to amend complaint is granted.

Notices mailed by Judicial staff.

01:00

| Courtroom Deputy Initials: | sw |
|---|---|