UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CHARLOTTE K., as parent and next friend of GILLIAN K., a minor and KIMBERLY K., as parent and next friend of MATTHEW K., a minor,<br><br>        Plaintiffs,<br><br>vs.<br><br>ROCKFORD BOARD OF EDUCATION DISTRICT #205,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   08-C-50115<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PETITION FOR LEAVE TO ADD PLAINTIFFS TO COMPLAINT

**NOW COMES** the Plaintiffs, CHARLOTTE K., as parent and next friend of GILLIAN K., a minor, and KIMBERLY K., as parent and next friend of MATTHEW K., a minor, by their attorneys, LAW OFFICES OF SHRIVER, O'NEILL & THOMPSON, and for their Petition for Leave to Add Plaintiffs to Complaint, state as follows:

    1.    That there is now another parent that has filed a Due Process Request against the ROCKFORD SCHOOL BOARD OF EDUCATION DISTRICT #205 for their son, WILLIAM K., DOB: June 7, 1991. Said Due Process Request was filed on June 26, 2008.

    2.    That the Plaintiffs would like to add this parent, CAROL K., and her son, WILLIAM K., to their Amended Complaint.

**WHEREFORE,** Plaintiffs request this Court grant the following relief:

A. Grant leave to add new Plaintiffs, CAROL K. and MATTHEW K., to the Amended Complaint;

B. And for such other and further relief as this Court deems proper and just.

    CHARLOTTE K., as parent and next
friend of GILLIAN K., a minor and
KIMBERLY K., as parent and next
friend of MATTHEW K., a minor, Plaintiffs.


BY:    /s/ Joyce O'Neill Austin
       Joyce O'Neill Austin,
       Attorney for Plaintiffs

Prepared by:
THE LAW OFFICES OF
SHRIVER, O'NEILL & THOMPSON
Joyce O'Neill Austin, #959
515 N. Court Street
Rockford, IL 61103
Phone: (815) 963-4896
Fax: (815) 963-4904

**AFFIDAVIT OF SERVICE**

  The undersigned, pursuant to the provisions of Section 1-109 of the Illinois Code of Civil Procedure, hereby under penalty of perjury under the laws of the United States of America, certifies that on July 7, 2008, a copy of the following was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**CHARLOTTE K., et al. v. Rockford Board of Education, District No. 205**

For Defendant:
Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone: (815) 490-4900

Thomas Lester
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone: (815) 490-4900

/s/ Michelle Kayser

Prepared by:
THE LAW OFFICES OF
SHRIVER, O'NEILL & THOMPSON
Joyce O'Neill Austin
515 N. Court Street
Rockford, IL 61103
Phone: (815) 963-4896
Fax: (815) 963-4904