UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CHARLOTTE K., as parent and next friend of GILLIAN K., a minor, KIMBERLY K., as parent and next friend of MATTHEW K., a minor and CAROL K., as parent and next friend of WILLIAM K., a minor, | ) ) ) ) ) ) |
| Plaintiffs, | ) 08-C-50115 |
| vs. | ) ) ) |
| ROCKFORD BOARD OF EDUCATION DISTRICT #205, | ) ) ) |
| Defendant. | ) |

TO:    See Attached Service List

## NOTICE OF FILING

TO:   Lori Hoadley                     Thomas Lester
      Hinshaw & Culbertson LLP        Hinshaw & Culbertson LLP
      100 Park Avenue                 100 Park Avenue
      P.O. Box 1389                   P.O. Box 1389
      Rockford, IL 61105-1389         Rockford, IL 61105-1389

PLEASE TAKE NOTICE THAT on July 8, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, the attached *Plaintiffs' Amended Complaint*, a copy of which is herewith served upon you.

Dated:   July 8, 2008                  Respectfully submitted,

                                       BY: SHRIVER, O'NEILL & THOMPSON

                                         /s/ Joyce O'Neill Austin
                                         Attorneys for Plaintiffs

THE LAW OFFICES OF
SHRIVER, O'NEILL & THOMPSON
Joyce O'Neill Austin, #959
515 N. Court Street
Rockford, IL 61103
Phone:   (815) 963-4896
Fax:     (815) 963-4904

## AFFIDAVIT OF SERVICE

The undersigned, pursuant to the provisions of Section 1-109 of the Illinois Code of Civil Procedure, hereby under penalty of perjury under the laws of the United States of America, certifies that on July 8, 2008, a copy of the following NOTICE OF FILING was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

### CHARLOTTE K., et al.  v. Rockford Board of Education, District No. 205

For Defendant:
Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone: (815) 490-4900


Thomas Lester
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone: (815) 490-4900


/s/ Michelle Kayser


Prepared by:
THE LAW OFFICES OF
SHRIVER, O'NEILL & THOMPSON
Joyce O'Neill Austin
515 N. Court Street
Rockford, IL 61103
Phone: (815) 963-4896
Fax:    (815) 963-4904