UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **CHARLOTTE K.**, as parent and next friend of **GILLIAN K.**, a minor; **KIMBERLY K.**, as parent and next friend of **MATTHEW K.**, a minor.<br>　　　　Plaintiffs,<br><br>v.<br><br>**ROCKFORD BOARD OF EDUCATION DISTRICT #205,**<br>　　　　Defendant. | Case No.: 08-C-50115 |

### DEFENDANT'S MOTION TO STAY DISCOVERY

NOW COMES the Defendant, THE BOARD OF EDUCATION OF THE ROCKFORD PUBLIC SCHOOLS, DISTRICT NO. 205 ("District") by and through one of its attorneys, THOMAS J. LESTER OF HINSHAW & CULBERTSON LLP, LLP, moving this Court to stay discovery in light of Defendant's pending Motion to Dismiss. In support of its motion, the District states as follows:

1.　　This case involves claims by the Plaintiffs that the District failed to provide appropriate educational services to the named student plaintiffs, who are individuals with disabilities eligible for special education services pursuant to the *Individuals with Disabilities Education Improvement Act of 2004* ("IDEA"), 20 USC 1400 *et seq.*, and Article 14 of the Illinois *School Code*, 105 ILCS 5/1401 *et seq.*

2.　　Plaintiffs were to have filed a Motion for Preliminary Injunction by Tuesday, July 9, 2008, but failed to do so. Instead, Plaintiffs filed an Amended Complaint which adds an additional named student plaintiff and his parent and alleges violations under the IDEA; Section 1983 of the *Civil Rights Act of 1964* (Section 1983), 42 USC 1983; the *Americans with Disabilities Act* ("ADA"), 42 USC 12101 *et seq.*; and the *Rehabilitation Act of 1973* (Section

504), 29 USC 794. A plain reading of the complaint, however, reveals that Plaintiffs' allegations actually fall squarely within the parameters of the "IDEA".

3. All of their allegations relate to the named Plaintiff students' educational programming and can be fully redressed by accessing the administrative procedures required to be exhausted under IDEA. Plaintiffs, moreover, already have availed themselves of IDEA's due process proceedings by filing separate requests for due process in late June 2008. (See, Amended Complaint at Ex. 2-4, Dkt. 12-2, pp. 27-35; Ex. A, Dkt. 12-2, pp. 45-47; Ex. B, Dkt. 1202, pp. 59-61).

4. The relief requested in their administrative due process complaints is essentially the same as the relief sought in their Amended Complaint.

5. The due process proceedings are in their initial, statutorily mandated resolution phase, and have not yet proceeded to an actual administrative hearing. Thus, Plaintiffs have yet to exhaust their administrative remedies under the IDEA.

6. Counsel for the District requested Plaintiffs' counsel's agreement to stay discovery pending resolution of the District's motion to dismiss, but Plaintiffs' counsel respectfully declined.

7. Given Plaintiffs failure to comply with: (1) the court's prior directive to timely file a Motion for a Preliminary Injunction, (2) there is no Motion for Preliminary Injunction for the Court to hear evidence on August 1, 2008, and (3) failure to exhaust their administrative remedies, there is no need for a hearing on August 1, 2008. In addition, the District, simultaneous to the filing of this motion, has filed has filed a Motion to Dismiss the amended complaint. If granted the District's Motion to Dismiss would dispose of Plaintiffs' Amended

70568119v1 783826

Complaint in this court without the need for engaging in time consuming and expensive discovery that is irrelevant to the resolution of the Motion to Dismiss.

WHEREFORE, the Defendant, THE BOARD OF EDUCATION OF THE ROCKFORD PUBLIC SCHOOLS, DISTRICT NO. 205, respectfully requests the court grant its motion to stay discovery.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: /s/ Thomas J. Lester
    Thomas J. Lester

Thomas J. Lester
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 490-4900
Fax: (815) 490-4901

70568119v1 783826