IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CHARLOTTE K., as parent and next friend of GILLIAN K., a minor and KIMBERLY K., as parent and next friend of MATTHEW K., a minor,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ROCKFORD BOARD OF EDUCATION DISTRICT #205,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 08-C-50115<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION TO DISMISS

NOW COMES the Defendant, THE BOARD OF EDUCATION OF THE ROCKFORD PUBLIC SCHOOLS, DISTRICT NO. 205 ("the District"), by and through one of its attorneys, THOMAS J. LESTER of HINSHAW & CULBERTSON LLP, hereby moving to dismiss Plaintiffs' Amended Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

1. Plaintiffs' suit is brought in the context of the Individuals with Disabilities Education Improvement Act ("the IDEA") of 2004, 20 U.S.C. § 1400 *et seq.* Although the Complaint is organized into separately labeled sections, the only prayer for relief is located at the end of the Complaint, such that it appears that Plaintiffs have filed a single-count Complaint against the District in which they invoke the IDEA as well as the Americans with Disabilities Act of 1990 ("ADA"), §2 *et seq.*; 42 U.S.C. §12101 *et seq.*, and the Rehabilitation Act of 1973, §501 *et seq.*, 29 U.S.C. §791 *et seq.*; and 42 U.S.C. §1983.

2. The District's Motion to Dismiss should be granted in its entirety inasmuch as Plaintiffs can allege no set of facts in support of their claim which would entitle them to relief. Specifically:

    a.    Plaintiffs have failed to exhaust their administrative remedies;

    b.    There has not been a change in the educational placement of the Plaintiff students which would necessitate injunctive relief;

3. Moreover, the District's obligation to provide students with special education and related services under the IDEA, derives from residence in the district, not from enrollment. Therefore, the suit brought against the District by KIMBERLY K. as legal guardian of MATTHEW K. is improper. There is no obligation under law which requires the District to provide special education and related services to MATTHEW K. Any such action must be brought against the resident district which, in this case, is Indian Prairie District #204.

4. Inasmuch as the District is not a proper party to the action brought by Plaintiffs KIMBERLY K. and MATTHEW K, the District should be dismissed with prejudice. Further, inasmuch as Plaintiffs have pleaded particulars which demonstrate that Plaintiff do not have a claim, the Amended Complaint should be dismissed, and Plaintiffs should be barred from refiling another complaint until and unless Plaintiffs exhaust their administrative remedies.

WHEREFORE, the Defendant, THE BOARD OF EDUCATION OF THE ROCKFORD PUBLIC SCHOOLS, DISTRICT NO. 205, respectfully requests that this Court dismiss Plaintiffs' Amended Complaint with prejudice, and for such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: /s/ Thomas J. Lester
      Thomas J. Lester

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 490-4900
Fax: (815) 490-4901

70566352v1 890325