IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CHARLOTTE K., as parent and next friend of GILLIAN K., a minor and KIMBERLY K., as parent and next friend of MATTHEW K., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKFORD BOARD OF EDUCATION DISTRICT #205,<br><br>Defendant. | Case No.: 08-C-50115 |

TO:    All Attorneys of Record

## NOTICE OF MOTION

YOU ARE HEREBY NOTIFIED, that on **July 18, 2008 at 9:00 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Kapala** in the Room occupied by him, or in his absence, any other Judge that may be presiding in said Court Room, in the United States District Court, 211 South Court Street, at Rockford, Illinois, and then and there present the ***Defendant's Motion to Dismiss,*** a copy which is attached, at which time and place you may appear, if you so desire.

Dated:    July 15, 2008

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By:    /s/ Thomas J. Lester
       Thomas J. Lester

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 490-4900
Fax: (815) 490-4901

70568172v1 890325

## AFFIDAVIT OF SERVICE

The undersigned certifies that on July 15, 2008, a copy of the *Notice of Motion and Defendant's Motion to Dismiss* were electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**Charlotte K. v. Board of Education of the Rockford Public Schools District #205**

Joyce O'Neill Austin, Esq.
Shriver, O'Neill & Thompson
515 N. Court Street
Rockford, IL 61103
Phone 815.963.4896
Fax    815.963.4904

oneillaustin@aol.com


s/ Rhonda Young


HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 490-4900
Fax: (815) 490-4901

70568174v1 890325