IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

CHARLOTTE K., as parent and next friend of )
GILLIAN K., a minor and KIMBERLY K., as )
parent and next friend of MATTHEW K., a )
minor, )
           )
         Plaintiffs, )
           )     Case No.: 08-C-50115
v. )
           )
ROCKFORD BOARD OF EDUCATION )
DISTRICT #205, )
           )
         Defendant. )

TO:  All Counsel on Attached Service List

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT on **July 15, 2008**, I filed with the Clerk of the United

States District Court for the Northern District of Illinois, Western Division, the attached

***Defendant's Memorandum of Law in Support of Motion to Dismiss***, a copy of which is

herewith served upon you.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: /s/Thomas J. Lester
      Thomas J. Lester

Thomas J. Lester
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 490-4900
Fax:  (815) 490-4901

## AFFIDAVIT OF SERVICE

The undersigned certifies that on July 15, 2008, a copy of the ***Notice of Filing and Defendant's Memorandum of Law in Support of Motion to Dismiss*** were electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

### Charlotte K. v. Board of Education of the Rockford Public Schools District #205

Joyce O'Neill Austin, Esq.
Shriver, O'Neill & Thompson
515 N. Court Street
Rockford, IL 61103
Phone  815.963.4896
Fax     815.963.4904

oneillaustin@aol.com

s/ Rhonda Young

HINSHAW & CULBERTSON LLP

100 Park Avenue

P.O. Box 1389

Rockford, IL 61105-1389

(815) 490-4900
Fax:  (815) 490-4901

70568178v1 890325