UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| CHARLOTTE K., as parent and next friend of GILLIAN K., a minor, KIMBERLY K., as parent and next friend of MATTHEW K., a minor and CAROL K, as parent and next friend of WILLIAM K., a minor, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 08-C-50115 |
| vs. | ) ) | |
| ROCKFORD BOARD OF EDUCATION DISTRICT #205, | ) ) ) | |
| Defendant. | ) | |

## MOTION TO ADD PLAINTIFFS TO COMPLAINT

**NOW COMES** the Plaintiffs, CHARLOTTE K., as parent and next friend of GILLIAN K., a minor, and KIMBERLY K., as parent and next friend of MATTHEW K., a minor, by their attorneys, LAW OFFICES OF SHRIVER, O'NEILL & THOMPSON, and for their Motion to Add Plaintiffs to Complaint, state as follows:

1. That there is now another parent that has filed a Due Process Request against the ROCKFORD SCHOOL BOARD OF EDUCATION DISTRICT #205 for their son, WILLIAM K., DOB: June 7, 1991. Said Due Process Request was filed on June 26, 2008.

2. That the Plaintiffs would like to add this parent, CAROL K., and her son, WILLIAM K., to their Amended Complaint.

**WHEREFORE,** Plaintiffs request this Court grant the following relief:

A. Grant this Motion to Add Plaintiffs, CAROL K. and MATTHEW K., to the Amended Complaint;

B. And for such other and further relief as this Court deems proper and just**.**

        CHARLOTTE K., as parent and next friend of GILLIAN K.**,** a minor, KIMBERLY K., as parent and next friend of MATTHEW K., a minor and CAROL K., as parent and next friend of WILLIAM K., a minor, Plaintiffs.

BY:    /s/ Joyce O'Neill Austin
        Joyce O'Neill Austin,
        Attorney for Plaintiffs

Prepared by:
THE LAW OFFICES OF
SHRIVER, O'NEILL & THOMPSON
Joyce O'Neill Austin, #959
515 N. Court Street
Rockford, IL 61103
Phone:  (815) 963-4896
Fax:  (815) 963-4904