IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CHARLOTTE K., as parent and next friend of GILLIAN K., a minor and KIMBERLY K., as parent and next friend of MATTHEW K., a minor,<br><br>      Plaintiffs,<br><br>v.<br><br>ROCKFORD BOARD OF EDUCATION DISTRICT #205,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Case No.: 08-C-50115<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO:  All Attorneys of Record

## AMENDED NOTICE OF MOTION

YOU ARE HEREBY NOTIFIED, that on **July 22, 2008 at 9:00 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Kapala** in the Room occupied by him, or in his absence, any other Judge that may be presiding in said Court Room, in the United States District Court, 211 South Court Street, at Rockford, Illinois, and then and there present the ***Defendant's Motion to Dismiss***, at which time and place you may appear, if you so desire.

Dated:    July 15, 2008

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By:  /s/ Thomas J. Lester
     Thomas J. Lester

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 490-4900
Fax: (815) 490-4901

## AFFIDAVIT OF SERVICE

The undersigned certifies that on July 17, 2008, a copy of the *Amended Notice of Motion* was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**Charlotte K. v. Board of Education of the Rockford Public Schools District #205**

Joyce O'Neill Austin, Esq.
Shriver, O'Neill & Thompson
515 N. Court Street
Rockford, IL 61103
Phone  815.963.4896
Fax     815.963.4904
oneillaustin@aol.com


s/ Rhonda Young

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 490-4900
Fax: (815) 490-4901

70568477v1 890325