## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| CHARLOTTE K., as parent and next friend of GILLIAN K., a minor, KIMBERLY K., as parent and next friend of MATTHEW K., a minor and CAROL K., as parent and next friend of WILLIAM K., a minor. | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 08-C-50115 |
| vs. | ) ) | |
| ROCKFORD BOARD OF EDUCATION DISTRICT #205, | ) ) ) | |
| Defendant. | ) | |

TO:    <u>See Attached Service List</u>

## AMENDED NOTICE OF MOTION

    YOU ARE HEREBY NOTIFIED, that on July 22, 2008, at 9:00 a.m., or as soon thereafter as Counsel may be heard, I shall appear before Judge Kapala in the Room occupied by him, or in his absence, any other Judge that may be presiding in said Court Room, in the United States District Court, 211 South Court Street, at Rockford, Illinois, and then and there present **Plaintiffs' Motion to Add Plaintiffs to Complaint**, a copy of which is attached, at which time and place you may appear, if you so desire.

Dated:    <u>July 17, 2008</u>

                                                   Attorneys for Plaintiffs, CHARLOTTE K., as parent and next friend of GILLIAN K., a minor, KIMBERLY K., as parent and next friend of MATTHEW K., a minor and CAROL K., as parent and next friend of WILLIAM K., a minor.

                                                   BY: SHRIVER, O'NEILL & THOMPSON

                                                   <u>/s/ Joyce O'Neill Austin</u>
                                                        One of Their Attorneys

THE LAW OFFICES OF
SHRIVER, O'NEILL & THOMPSON
Joyce O'Neill Austin, #959
515 N. Court Street
Rockford, IL 61103
Phone:    (815) 963-4896
Fax:        (815) 963-4904

## AFFIDAVIT OF SERVICE

The undersigned, pursuant to the provisions of Section 1-109 of the Illinois Code of Civil Procedure, hereby under penalty of perjury under the laws of the United States of America, certifies that on July 17, 2008, a copy of the following was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**CHARLOTTE K., et al.  v. Rockford Board of Education, District No. 205**

For Defendant:
Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone: (815) 490-4900


Thomas Lester
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone: (815) 490-4900



/s/ Michelle Kayser



Prepared by:
THE LAW OFFICES OF
SHRIVER, O'NEILL & THOMPSON
Joyce O'Neill Austin
515 N. Court Street
Rockford, IL 61103
Phone: (815) 963-4896
Fax:    (815) 963-4904