IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **CHARLOTTE K.**, as parent and next friend of **GILLIAN K.**, a minor and **KIMBERLY K.**, as parent and next friend of **MATTHEW K.**, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> **ROCKFORD BOARD OF EDUCATION DISTRICT #205**, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No.: 08-C-50115 ) ) ) ) ) ) ) |

**DEFENDANT'S RESPONSE SUBMITTED PURSUANT
TO BRIEFING SCHEDULE ORDER OF JUNE 27, 2008**

NOW COMES the Defendant, THE BOARD OF EDUCATION OF THE ROCKFORD PUBLIC SCHOOLS, DISTRICT NO. 205 ("District"), by and through one of its attorneys, THOMAS J. LESTER of HINSHAW & CULBERTSON LLP, hereby submitting its response in compliance with the Court ordered briefing schedule of June 27, 2008.

GILLIAN K., WILLIAM K.[1] and MATTHEW K. are high school students with severe and profound disabilities. The students have been enrolled in the Rockford Public Schools, District #205 ("District").

Plaintiffs' suit is brought in the context of the Individuals with Disabilities Education Improvement Act ("the IDEA") of 2004, 20 U.S.C. § 1400 *et seq*. Although the Amended Complaint is organized into separately labeled sections, the only prayer for relief is located at the end of the Complaint, such that it appears that Plaintiffs have filed a single-count Complaint against the District in which they invoke the IDEA as well as the Americans with Disabilities Act of 1990 ("ADA"), §2 *et seq*.; 42 U.S.C. §12101 *et seq*., and the Rehabilitation Act of 1973, §501 *et seq*., 29 U.S.C. §791 *et seq*.; and 42 U.S.C. §1983.

---

[1] Plaintiffs have filed a motion to add Carol K. and William K. as Plaintiffs to this suit.

On June 27, 2008, Plaintiffs presented their "Petition/Complaint for an Emergency Temporary Restraining Order and/or a Permanent Restraining Order." (Dkt. 7 and 10). During the ensuing hearing, the Court granted Plaintiffs' oral motion to amend their complaint. (Dkt. 9 and 10). At the June 27, 2008 hearing, the Court also set forth the briefing schedule for Plaintiffs to file a motion seeking a preliminary injunction. Pursuant to the briefing schedule, Plaintiffs were to file their motion for preliminary injunction on or before July 8, 2008. The District's response was due on or before July 18, 2008 and a hearing for the motion was set for August 1, 2008. (Dkt. 10).

To date, Plaintiffs have not filed the motion. Further, the District has moved to dismiss Plaintiffs' Amended Complaint. Inasmuch as the District's motion is dispositive of the issues in this case and inasmuch as the Plaintiffs have not timely moved for a preliminary injunction, the August 1, 2008 hearing on the non-existent motion should be stricken.

WHEREFORE, the Defendant, THE BOARD OF EDUCATION OF THE ROCKFORD PUBLIC SCHOOLS, DISTRICT NO. 205, respectfully requests that this Court dismiss Plaintiffs' Amended Complaint and issue an Order striking the August 1, 2008 hearing, and for such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

Thomas J. Lester
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

By: s/Thomas J. Lester
    Thomas J. Lester

2

70568590v1 890325