**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CHARLOTTE K., as parent and next | ) | |
| friend of GILLIAN K., a minor, | ) | |
| KIMBERLY K., as parent and next | ) | |
| friend of MATTHEW K., a minor and | ) | |
| CAROL K., as parent and next friend of | ) | |
| WILLIAM K., a minor, | ) | |
| Plaintiffs, | ) | 08-C-50115 |
| | ) | |
| vs. | ) | |
| | ) | |
| ROCKFORD BOARD OF EDUCATION | ) | |
| SCHOOL DISTRICT #205, | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO DEFENDANT'S MOTION TO STAY DISCOVERY

NOW COMES the Plaintiffs, CHARLOTTE K, a parent and next friend of GILLIAN K, a minor, KIMBERLY K., as parent and next friend of MATTHEW K., a minor and CAROL K., a parent and next friend of WILLIAM K., a minor, by their attorneys, LAW OFFICES OF SHRIVER, O'NEILL & THOMPSON, by Joyce O'Neill Austin, and in Response to Defendant's Motion to Stay Discovery, states as follows:

1.     That the Plaintiffs admit to the allegations contained in paragraph one of the Defendant's Motion.

2.     That the Plaintiffs admit that they filed an Amended Complaint that prays for the relief requested of a Preliminary Injunction.

3.     That the Plaintiffs admit that Due Process Complaints have been filed under IDEA, but deny that all administrative remedies will address the complaints under ADA, Section 1983, Rehabilitation Act (Section 504) claiming of discrimination.

4.      That the Plaintiffs deny the allegations contained in paragraph four of Defendant's Motion.

5.      That the Plaintiffs admit to the allegations contained in paragraph five of Defendant's Motion, but deny that exhaustion of administrative remedies is mandatory or necessary under the facts.

6.      That the Plaintiffs admit that Defendant's Counsel himself orally requested expedited discovery in this matter before this court, which Plaintiffs have complied with.

7.      That the Plaintiffs deny the allegations contained in paragraph seven of Defendant's Motion.

WHEREFORE, Plaintiffs pray:

A.      That this Court dismiss Defendant's Motion to Stay Discovery with prejudice.

B.      That this Court grant the Plaintiffs such further and other relief as it deems just and equitable.

> CHARLOTTE K., as parent and next
> friend of GILLIAN K., a minor,
> KIMBERLY K., as parent and next
> friend of MATTHEW K., a minor and
> CAROL K., as parent and next friend of
> WILLIAM K., a minor,

BY:      /s/ Joyce O'Neill Austin
              JOYCE O'NEILL AUSTIN

PREPARED BY:
JOYCE O'NEILL AUSTIN #959
SHRIVER, O'NEILL, & THOMPSON
515 N. Court Street
Rockford, Illinois 61103
Tele. (815) 963-4896
Fax (815) 963-4904