**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CHARLOTTE K., as parent and next | ) | |
| friend of GILLIAN K., a minor, | ) | |
| KIMBERLY K., as parent and next | ) | |
| friend of MATTHEW K., a minor and | ) | |
| CAROL K., as parent and next friend of | ) | |
| WILLIAM K., a minor, | ) | |
|         Plaintiffs, | ) | 08-C-50115 |
| | ) | |
|        vs. | ) | |
| | ) | |
| ROCKFORD BOARD OF EDUCATION | ) | |
| DISTRICT #205, | ) | |
| | ) | |
|        Defendant. | ) | |

TO:    <u>See Attached Service List</u>

<u>NOTICE OF FILING</u>

TO:    Lori Hoadley              Thomas Lester
           Hinshaw & Culbertson LLP    Hinshaw & Culbertson LLP
           100 Park Avenue             100 Park Avenue
           P.O. Box 1389               P.O. Box 1389
           Rockford, IL 61105-1389     Rockford, IL 61105-1389

      PLEASE TAKE NOTICE THAT on July 21, 2008, I filed with the Clerk of the United
States District Court for the Northern District of Illinois, Western Division, the attached
*Plaintiffs' Response to Defendant's Motion to Stay Discovery*, a copy of which is herewith served
upon you.

Dated:   <u>July 21, 2008</u>         Respectfully submitted,

                                    BY: SHRIVER, O'NEILL & THOMPSON

                                 <u> /s/ Joyce O'Neill Austin        </u>
                                     Attorneys for Plaintiffs

THE LAW OFFICES OF
SHRIVER, O'NEILL & THOMPSON
Joyce O'Neill Austin, #959
515 N. Court Street
Rockford, IL 61103
Phone:  (815) 963-4896
Fax:     (815) 963-4904

## <u>AFFIDAVIT OF SERVICE</u>

The undersigned, pursuant to the provisions of Section 1-109 of the Illinois Code of Civil Procedure, hereby under penalty of perjury under the laws of the United States of America, certifies that on July 21, 2008, a copy of the following NOTICE OF FILING was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

### <u>CHARLOTTE K., et al.  v. Rockford Board of Education, District No. 205</u>

<u>For Defendant:</u>

Lori L. Hoadley

Hinshaw & Culbertson LLP

100 Park Avenue

P.O. Box 1389

Rockford, IL 61105-1389

Phone: (815) 490-4900


Thomas Lester

Hinshaw & Culbertson LLP

100 Park Avenue

P.O. Box 1389

Rockford, IL 61105-1389

Phone: (815) 490-4900


/s/ Michelle Kayser


Prepared by:
THE LAW OFFICES OF
SHRIVER, O'NEILL & THOMPSON
Joyce O'Neill Austin
515 N. Court Street
Rockford, IL 61103
Phone: (815) 963-4896
Fax:    (815) 963-4904