UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| CHARLOTTE K., as parent and next friend of GILLIAN K., a minor, KIMBERLY K., as parent and next friend of MATTHEW K., a minor and CAROL K., as parent and next friend of WILLIAM K., a minor, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 08-C-50115 |
| vs. | ) ) | |
| ROCKFORD BOARD OF EDUCATION SCHOOL DISTRICT #205, | ) ) ) | |
| Defendant. | ) | |

## RESPONSE TO DEFENDANT'S MOTION TO DISMISS

NOW COMES the Plaintiffs, CHARLOTTE K, a parent and next friend of GILLIAN K, a minor, KIMBERLY K., as parent and next friend of MATTHEW K., a minor and CAROL K., a parent and next friend of WILLIAM K., a minor, by their attorneys, LAW OFFICES OF SHRIVER, O'NEILL & THOMPSON, by Joyce O'Neill Austin, and in Response to Defendant's Motion to Dismiss, states as follows:

      1.    That the Plaintiffs admit that there is one prayer for relief addressed to all of the counts listed in the Complaint, which does not and which should not rise to the basis of dismissing the Complaint.

      2.    That the Plaintiffs deny all allegations and to all paragraphs contained in paragraph two of Defendant's Motion.

      3.    That the Plaintiffs deny all the allegations contained in paragraph three in that MATTHEW K. was a resident of the District for seven to eight months during the 2007-2008 school year. See attached affidavit. During that time period because MATTHEW K. had not graduated from high school and he resided in the Defendant school district, Rockford #205 was obligated to provide

special education and related services to MATTHEW K.

    4. That the Plaintiffs deny the allegations contained in paragraph four of Defendant's Motion.

    WHEREFORE, Plaintiffs pray:

    A. That this Court strike Defendant's Motion to Dismiss with prejudice.

    B. That this Court grant the Plaintiffs such further and other relief as it deems just and equitable.

              CHARLOTTE K., as parent and next friend of GILLIAN K., a minor, KIMBERLY K., as parent and next friend of MATTHEW K., a minor and CAROL K., as parent and next friend of WILLIAM K., a minor,

        BY:  /s/ Joyce O'Neill Austin
            JOYCE O'NEILL AUSTIN

PREPARED BY:
JOYCE O'NEILL AUSTIN #959
SHRIVER, O'NEILL, & THOMPSON
515 N. Court Street
Rockford, Illinois 61103
Tele. (815) 963-4896
Fax (815) 963-4904

## AFFIDAVIT

I, KIMBERLY K., being first duly sworn on oath, states as follows:

1. I am the parent of MATTHEW K., born 10/26/89. MATTHEW has no resided in my home since prior to me moving him to the State of Illinois when I moved him here from Texas in 2002.

2. On October 26, 2007, MATTHEW K. turned eighteen years of age. At that time MATTHEW'S residence was RocVale Children's Home at 4450 N. Rockton Avenue, Rockford, Illinois 61103, where he resided.

3. I filed and received guardianship papers for MATTHEW on June 20, 2008.

4. For seven to eight months during the 2007-2008 school year, MATTHEW was a resident of District #205.

5. Further Affiant saith not.

_____
Kimberly Kaindl

SUBSCRIBED AND SWORN to before me this
_____ day of July, A.D., 2008.

_____
Notary Public