# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50115 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Charlotte K. et al. vs. Rockford Bd of Educ. Sch. Dist. 205 | | |

**DOCKET ENTRY TEXT:**

Parties appear by counsel for presentment of motions. Plaintiffs' motion to add plaintiffs to the complaint [23] is granted without objection. Defendant's motion to stay discovery [15] is denied. Defendant's motion to dismiss the amended complaint [17] is taken under advisement. Plaintiffs' response is due July 24, 2008. A hearing on the issue of whether exhaustion of administrative remedies is excused as inadequate or futile is set for 2:30 p.m. on July 28, 2008.

Docketing to mail notices.

01:00

| | Courtroom Deputy Initials | /lc |
|---|---|---|