UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CHARLOTTE K., as parent and next friend of GILLIAN K., a minor, KIMBERLY K., as parent and next friend of MATTHEW K., a minor and CAROL K., as parent and next friend of WILLIAM K., a minor, <br><br>    Plaintiffs, <br><br>  vs. <br><br>ROCKFORD BOARD OF EDUCATION DISTRICT #205, <br><br>    Defendant. | ) ) ) ) ) ) ) )   08-C-50115 ) ) ) ) ) ) ) |

TO: <u>See Attached Service List</u>

## NOTICE OF FILING

 TO: Lori Hoadley    Thomas Lester
    Hinshaw & Culbertson LLP Hinshaw & Culbertson LLP
    100 Park Avenue   100 Park Avenue
    P.O. Box 1389    P.O. Box 1389
    Rockford, IL 61105-1389 Rockford, IL 61105-1389

 PLEASE TAKE NOTICE THAT on July 24, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, the attached *Plaintiffs' Response to Defendant's Petition to Dismiss Based on Exhaustion of Administrative Remedies*, a copy of which is herewith served upon you.

Dated: <u>July 24, 2008</u>      Respectfully submitted,

               BY: SHRIVER, O'NEILL & THOMPSON

               <u>/s/ Joyce O'Neill Austin</u>
                Attorneys for Plaintiffs

THE LAW OFFICES OF
SHRIVER, O'NEILL & THOMPSON
Joyce O'Neill Austin, #959
515 N. Court Street
Rockford, IL 61103

## AFFIDAVIT OF SERVICE

The undersigned, pursuant to the provisions of Section 1-109 of the Illinois Code of Civil Procedure, hereby under penalty of perjury under the laws of the United States of America, certifies that on July 24, 2008, a copy of the following NOTICE OF FILING was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**CHARLOTTE K., et al.  v. Rockford Board of Education, District No. 205**

For Defendant:
Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone: (815) 490-4900

Thomas Lester
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone: (815) 490-4900

/s/ Michelle Kayser

Prepared by:
THE LAW OFFICES OF
SHRIVER, O'NEILL & THOMPSON
Joyce O'Neill Austin
515 N. Court Street
Rockford, IL 61103
Phone: (815) 963-4896
Fax:    (815) 963-4904