IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **CHARLOTTE K.**, as parent and next friend of **GILLIAN K.**, a minor and **KIMBERLY K.**, as parent and next friend of **MATTHEW K.**, a minor,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**ROCKFORD BOARD OF EDUCATION DISTRICT #205,**<br><br>　　　　　Defendant. | Case No.: 08-C-50115 |

TO: All Counsel on Attached Service List

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on **July 25, 2008**, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, the attached *Respondent's Supplemental Memorandum in Support of its Motion to Dismiss the Amended Complaint*, a copy of which is herewith served upon you.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP

　　　　　　　　　　　　　　　　　　　By: /s/Thomas J. Lester
　　　　　　　　　　　　　　　　　　　　　Thomas J. Lester

Thomas J. Lester
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 490-4900
Fax: (815) 490-4901

70569350v1 890325

## AFFIDAVIT OF SERVICE

The undersigned certifies that on <u>July 25, 2008,</u> a copy of the ***Respondent's Supplemental Memorandum in Support of its Motion to Dismiss the Amended Complaint*** was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**Charlotte K. v. Board of Education of the Rockford Public Schools District #205**

Joyce O'Neill Austin, Esq.
Shriver, O'Neill & Thompson
515 N. Court Street
Rockford, IL 61103
Phone  815.963.4896
Fax     815.963.4904
oneillaustin@aol.com


/s/ Rhonda Young


HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 490-4900
Fax: (815) 490-4901

70569352v1 890325