# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50115 | **DATE** | 7/28/2008 |
| **CASE TITLE** | K vs. Rockford Bd of Ed | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' oral motion to exclude witnesses is granted. Hearing held and continued to 3:30 p.m. on July 30, 2008.

*[signature: Frederick J. Kapala]*

Notices mailed by Judicial staff.

04:30

| | Courtroom Deputy Initials: | sw |
|---|---|---|