UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Western Division

Charlotte K., et al.

                                          Plaintiff,

v.                                                Case No.: 3:08−cv−50115
                                                Honorable Frederick J. Kapala

Rockford Board Of Education School District #205

                                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Frederick J. Kapala:Hearing held and continued to 2:30 p.m. on August 1, 2008.Mailed notice(sw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.