IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **CHARLOTTE K.**, as parent and next friend of **GILLIAN K.**, a minor and **KIMBERLY K.**, as parent and next friend of **MATTHEW K.**, a minor, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) ) | Case No.: 08-C-50115 |
| v. | ) ) | |
| **ROCKFORD BOARD OF EDUCATION DISTRICT #205,** | ) ) ) | |
| Defendant. | ) ) | |

TO:  All Counsel on Attached Service List

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT on **July 31, 2008**, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, the attached *Response to Memorandum*, a copy of which is herewith served upon you.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: /s/Thomas J. Lester
      Thomas J. Lester

Thomas J. Lester
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 490-4900
Fax:  (815) 490-4901

70569951v1 890325

## AFFIDAVIT OF SERVICE

The undersigned certifies that on <u>July 31, 2008</u>, a copy of the *Response to Memorandum* was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**<u>Charlotte K. v. Board of Education of the Rockford Public Schools District #205</u>**

Joyce O'Neill Austin, Esq.
Shriver, O'Neill & Thompson
515 N. Court Street
Rockford, IL 61103
Phone  815.963.4896
Fax    815.963.4904
oneillaustin@aol.com

/s/ Rhonda Young

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 490-4900
Fax: (815) 490-4901

70569953v1 890325