# United States District Court
## Northern District of Illinois
### Western Division

Charlotte K., et al.　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　　v.　　　　　　　　　　　　　Case Number: 08 C 50115

Rockford Board of Education School
District #205

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion to dismiss is granted. Plaintiffs' amended complaint is dismissed without prejudice. This case is closed.

　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 8/1/2008　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　/s/ Susan Wessman, Deputy Clerk